IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:12CR3031 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD G. ANTHONY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for May 29, 2012. (Filing No. 18.) As explained in the defendant's motion, the defendant needs additional time to review and investigate this case. The government does not oppose the requested continuance. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The defendant's motion to continue (filing no. 15), is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard at 9:00 a.m. on June 19 2012, or as soon thereafter as the case may be called, for a duration of three (3) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion, the Court further finds that the ends of justice served by continuing defendant's trial outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 19, 2012 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 17th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge