IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3031 |
| vs. | **ORDER** |
| DONALD G. ANTHONY, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 34), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 20), will be held before the undersigned magistrate judge on October 31, 2012 at 10:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

September 10, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge