# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD G. ANTHONY,<br><br>        Defendant. | 4:12CR3031<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's oral motion to continue, (filing no. 38), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 20), will be held before the undersigned magistrate judge on November 29, 2012 at 9:30 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

October 30, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge