IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3031 |
| vs. | ORDER |
| DONALD G. ANTHONY, | |
| Defendant. | |

Defense counsel, Carlos Monzón, has moved to withdraw due to a conflict of interest (filing 121). The motion will be granted. Jessica Milburn, who has already appeared for the defendant with respect to his pending motion to vacate, will be appointed to represent the defendant.

IT IS ORDERED:

1. Carlos Monzón's motion to withdraw (filing 121) is granted, and he is hereby withdrawn as counsel.

2. The Clerk of the Court shall delete Carlos Monzón from any future ECF notifications in this case.

3. Jessica Milburn and the Federal Public Defender for the District of Nebraska are appointed to represent the above-named defendant with respect to all pending matters in the above-captioned case.

4. The defendant's motion for appointment of new counsel (filing 113) is denied as moot.

Dated this 1st day of August, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge