IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12CR3031 |
| vs. | ORDER |
| DONALD G. ANTHONY, | |
| Defendant. | |

Based on the information before the court, Defendant has violated the conditions of his supervised release by continuing to use illegal substances, failing to appear for drug testing, and failing to schedule mental health counseling.

Defendant has now received a dual diagnosis evaluation. After considering available options to implement the recommendations within that evaluation, and consistent with the approval of Defendant's supervising officer,

IT IS ORDERED:

1) Defendant's unopposed amended motion to review detention, (Filing No. 182), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

a. When an opening becomes available in the Residential Reentry Center, Dismas in Kearney, Nebraska, the defendant will be placed at that facility under the community corrections component of the Bureau of Prisons. If the defendant is discharged from that facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

b. While placed at the RRC, Defendant shall participate in mental health treatment, and in intensive outpatient drug and alcohol treatment.

3) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:00 a.m. on October 12, 2018.

4) The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

5) This order does not moot the pending petition for an offender under supervision.

Dated this 22nd day of September, 2018.

BY THE COURT:

s/ John M. Gerrard
United States District Judge