# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3031 |
| vs. | **ORDER** |
| DONALD G. ANTHONY, | |
| Defendant. | |

Based on the information before the court, Defendant has violated the conditions of his supervised release by continuing to use illegal substances, failing to appear for drug testing, and failing to schedule mental health counseling.

Defendant has now received a dual diagnosis evaluation. After considering available options to implement the recommendations within that evaluation, and consistent with the approval of Defendant's supervising officer,

IT IS ORDERED:

1) Defendant's unopposed motion, (Filing No. 184), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. When an opening becomes available, Defendant shall reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. Defendant

shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

b.  While placed at the RRC, Defendant shall participate in mental health treatment, and in intensive outpatient drug and alcohol treatment.

c.  If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)  Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:00 a.m. on October 12, 2018.

4)  The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

5)  This order does not moot the pending petition for an offender under supervision.

October 3, 2018.                    BY THE COURT:

                                                  s/ John M. Gerrard
                                                  United States District Judge